## IRWIN *et al. vs.* McKNIGHT.

The rule is well settled in this court that the first grant of a new trial will not be disturbed unless the evidence demand the verdict under the law. In this case it does not.
Judgment affirmed.

December 2, 1884.   (Head-note by the court.)

JACKSON, Chief Justice.